**Romeo M. RASING, Petitioner,**

v.

**DEPARTMENT OF THE NAVY, Respondent.**

No. 05–3053.

United States Court of Appeals, Federal Circuit.

Jan. 13, 2005.

ORDER

Petitioner having filed the required Statement Concerning Discrimination it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 60 days from the date of filing of this order.